HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COLLINS SYLVESTER WILLIAMS JR,

  Plaintiff,

  v.

THURSTON COUNTY,

  Defendant.

CASE NO. C14-5544 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

[DKT. 13, 14]

This Matter is before the Court on Plaintiff Collins Sylvester Williams Jr.'s Motion to Amend his Complaint and the Report and Recommendation of Magistrate Judge Karen L. Strombom [Dkt. #13]. After Judge Strombom filed her Report and Recommendation, Williams filed a new Motion to Amend his Complaint [Dkt. #14]. The new Complaint simply restates the same frivolous allegations and is **DENIED**.

This Court, having reviewed the Motion to Amend and the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1) Williams's new Motion to Amend is DENIED [Dkt. #14].

2) The Court adopts the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

3) This action is dismissed as frivolous with the dismissal counting as a strike pursuant to 28 U.S.C. § 1915(g). In forma pauperis status is revoked for the purpose of appeal.

4) The Clerk is directed to send copies of this Order to Plaintiff and to Hon. Karen L. Strombom.

DATED this 20th day of October, 2014.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE